# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN KAMEDULA,
Petitioner,
vs.
NEVADA COURT OF APPEALS,
Respondent,
and
DESIREE HULTENSCHMIDT;
KENNETH D. TABER; DON POAG;
KATHERINE HEGGE; DWAYNE DEAL;
WILLIAM SANDIE; ROBERT LEGRAND,
WARDEN; CHARLES SCHARDIN;
BRUCE BANNISTER; ROMEO ARANAS;
JAMES GREG COX; THE STATE OF
NEVADA BOARD OF PRISON
COMMISSIONERS; STARLIN GENTRY;
C. RUTHERFORD; LCC DENTIST
SHEPARD; J. ALLEN; NEVADA
DEPARTMENT OF CORRECTIONS; AND
THE STATE OF NEVADA,
Real Parties in Interest.

No. 69376

FILED

FEB 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This original petition seeks a writ of mandamus directing respondent to issue the remittitur in *Kamedula v. Hultenschmidt*, Docket No. 66787, wherein the Court of Appeals rendered a decision in petitioner's favor on August 31, 2015. The remittitur has since been issued. As this petition therefore is moot, we dismiss it.

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

16-04446

cc: Hon. Michael Gibbons, Chief Judge, Nevada Court of Appeals
Brian Kamedula
Attorney General/Carson City
Clerk of the Appellate Courts

SUPREME COURT
OF
NEVADA

(O) 1947A